# EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ROCKLAND

-----------------------------------------------------------------X

Chava Herman

                                Plaintiff,

        -against-

Capital One Financial Corp


                             Defendant(s).

-----------------------------------------------------------------X

Index No.:

**SUMMONS**

TO THE ABOVE NAMED
DEFENDANT(S)

You are hereby summoned to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's attorney within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

The basis of venue is Plaintiff's residence which is Pomona, NY.

Dated: December 11, 2025

                             By:_____
                             Chava Herman
                             *Pro Se*
                             4 Station Rd Apt 1FE
                             Pomona NY 10970

Case 7:26-cv-00730-KMK    Document 1-1    Filed 01/28/26    Page 3 of 9

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ROCKLAND
-------------------------------------------------------------------X
Chava Herman

                              Plaintiff,

                                                    Index No.
        -against-                                   COMPLAINT

Capital One Financial Corp

                              Defendant(s)
------------------------------------------------------------- X

## I.      INTRODUCTION

1. This is a suit brought by a consumer, against Defendant, Capital One Financial Corpfor
   violations of the Fair Credit Reporting Act (15 U.S.C. § 1681m (4), et. seq. "FCRA".)
   Specifically Defendant has made false and misleading statements by engaging in credit after
   failure to uphold contractual obligations with Plaintiff.

## II.      PARTIES

2. Plaintiff is and at all times hereinafter mentioned was a natural person residing at Pomona, New
   York. Plaintiff is a consumer as defined by the FCRA.

3. Capital One Financial Corp. maintains its principal place of business at 1680 Capital One Drive
   McLean, VA 22102. Defendant is a financial institution

## III.      JURISDICTION AND VENUE

4. Jurisdiction and Venue are appropriate in this court because Plaintiff's residence is located
   within the City of Pomona, and the Defendants systematically and continuously do business
   within the State of New York, and the claims set forth herein arose out of said New York
   contacts.

Case 7:26-cv-00730-KMK     Document 1-1     Filed 01/28/26     Page 4 of 9

## IV.    FACTS COMMON TO ALL COUNTS

5.  On or about November 2023, Defendant reported false information to the three major credit reporting agencies, Experian, Transunion and Equifax, which caused a derogatory entry to be made on Plaintiff's credit report.

6.  Plaintiff and Defendant entered into a contractual agreement to which Plaintiff authorized Defendant to automatically withdraw payments from Plaintiffs bank account for payments monthly.

7.  Plaintiff made all payments on time and on schedule.

8.  Defendant failed to bill Plaintiff on a date better known by Defendant.

9.  Plaintiff contacted Defendant regarding the error to which Defendant stated that they had an internal system error.

10. Defendant acknowledged that they are solely responsible for the system error.

11. On or about October 2024 Plaintiff pulled their credit report which showed one alleged "late" payment on date(s) better known by Defendant.

12. Plaintiff demanded that Defendant produce validation of the alleged missed payments to which Defendant did not respond.

13. Plaintiff demanded that Defendant uphold their contractual agreement to which Defendant did not respond.

14. On or about November 2024 Plaintiff submitted disputes to Defendant, Experian, Transunion and Equifax.

15. On or about December 2024 Plaintiff pulled their credit report to see that Defendant had not updated the disputes and continued to report false information to Plaintiff's credit report.

Case 7:26-cv-00730-KMK    Document 1-1    Filed 01/28/26    Page 5 of 9

16. Plaintiff has been damaged as a result in the sum of $25,000.00.

## V.  COUNT I
### (FCRA)

17. Plaintiff repeats and reiterates all previous allegations as if the same were fully set forth herein.

18. The credit reporting bureau notified Defendant of Plaintiff's dispute of the reported item on their credit report.

19. Defendant, despite receiving notice of Plaintiff's dispute failed to re-investigate, and continued to report the same as a delinquent debt.

20. By failing to re-investigate, and continuing to report derogatory credit information against Plaintiff, Defendant violated the FCRA.

WHEREFORE, Plaintiff demands judgment against Defendant as follows:

    a. Actual damages in the amount of $25,000.00, statutory damages, and punitive damages.
    b. Litigation expenses and costs.
    c. Such other and further relief as the Court deems just and proper

Dated: December 9, 2025
Pomona, New York

By: _____
Chava Herman *Pro Se*

TO:

    Capital One Financial Corp
    1680 Capital One Drive
    McLean, Va 22102

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ROCKLAND

-------------------------------------------------------------------X

Chava Herman

Index No.:

                                    Plaintiff,

**SUMMONS**

          -against-

Capital One Financial Corp



                                    Defendant(s).
-------------------------------------------------------------------X

TO THE ABOVE NAMED
DEFENDANT(S)

You are hereby summoned to answer the complaint in this action and to serve a copy of your
answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on
the Plaintiff's attorney within 20 days after the service of this summons, exclusive of the day of
service (or within 30 days after the service is complete if this summons is not personally delivered
to you within the State of New York); and in case of your failure to appear or answer, judgment
will be taken against you by default for the relief demanded in the complaint.

The basis of venue is Plaintiff's residence which is Pomona, NY.

Dated: December 11, 2025


By: _____
          Chava Herman
          *Pro Se*
          4 Station Rd Apt 1FE
          Pomona NY 10970

Case 7:26-cv-00730-KMK    Document 1-1    Filed 01/28/26    Page 7 of 9

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ROCKLAND
-------------------------------------------------------------------X
Chava Herman

                              Plaintiff,

                                                    Index No.
        -against-                                   COMPLAINT


Capital One Financial Corp


                              Defendant(s)
------------------------------------------------------------------ X


## I.     INTRODUCTION

1. This is a suit brought by a consumer, against Defendant, Capital One Financial Corp for
   violations of the Fair Credit Reporting Act (15 U.S.C. § 1681m (4), et. seq. "FCRA".)
   Specifically Defendant has made false and misleading statements by engaging in credit after
   failure to uphold contractual obligations with Plaintiff.


## II.     PARTIES

2. Plaintiff is and at all times hereinafter mentioned was a natural person residing at Pomona, New
   York. Plaintiff is a consumer as defined by the FCRA.

3. Capital One Financial Corp. maintains its principal place of business at 1680 Capital One Drive
   McLean, VA 22102. Defendant is a financial institution

## III.     JURISDICTION AND VENUE

4. Jurisdiction and Venue are appropriate in this court because Plaintiff's residence is located
   within the City of Pomona, and the Defendants systematically and continuously do business
   within the State of New York, and the claims set forth herein arose out of said New York
   contacts.

Case 7:26-cv-00730-KMK    Document 1-1    Filed 01/28/26    Page 8 of 9

## IV.   FACTS COMMON TO ALL COUNTS

5.  On or about November 2023, Defendant reported false information to the three major credit reporting agencies, Experian, Transunion and Equifax, which caused a derogatory entry to be made on Plaintiff's credit report.

6.  Plaintiff and Defendant entered into a contractual agreement to which Plaintiff authorized Defendant to automatically withdraw payments from Plaintiffs bank account for payments monthly.

7.  Plaintiff made all payments on time and on schedule.

8.  Defendant failed to bill Plaintiff on a date better known by Defendant.

9.  Plaintiff contacted Defendant regarding the error to which Defendant stated that they had an internal system error.

10. Defendant acknowledged that they are solely responsible for the system error.

11. On or about October 2024 Plaintiff pulled their credit report which showed one alleged "late" payment on date(s) better known by Defendant.

12. Plaintiff demanded that Defendant produce validation of the alleged missed payments to which Defendant did not respond.

13. Plaintiff demanded that Defendant uphold their contractual agreement to which Defendant did not respond.

14. On or about November 2024 Plaintiff submitted disputes to Defendant, Experian, Transunion and Equifax.

15. On or about December 2024 Plaintiff pulled their credit report to see that Defendant had not updated the disputes and continued to report false information to Plaintiff's credit report.

16. Plaintiff has been damaged as a result in the sum of $25,000.00.

## V.   COUNT I
## (FCRA)

17. Plaintiff repeats and reiterates all previous allegations as if the same were fully set forth herein.

18. The credit reporting bureau notified Defendant of Plaintiff's dispute of the reported item on their credit report.

19. Defendant, despite receiving notice of Plaintiff's dispute failed to re-investigate, and continued to report the same as a delinquent debt.

20. By failing to re-investigate, and continuing to report derogatory credit information against Plaintiff, Defendant violated the FCRA.

WHEREFORE, Plaintiff demands judgment against Defendant as follows:

    a. Actual damages in the amount of $25,000.00, statutory damages, and punitive damages.
    b. Litigation expenses and costs.
    c. Such other and further relief as the Court deems just and proper

Dated: December 9, 2025
Pomona, New York

By:_____
Chava Herman *Pro Se*

TO:

    Capital One Financial Corp
    1680 Capital One Drive
    McLean, Va 22102